|   |   |
|---|---|
| MICHAEL E. BLAND, | Civil No.11cv0892 AJB (POR) |
| Plaintiff, |   |
| v. | ORDER DENYING IN FORMA PAUPERIS STATUS |
| CALIFORNIA COAST CREDIT UNION; formerly First Future Credit Union and all consortium members and affiliates also including Solomon, Grindle and Winetringer, | (Doc. No. 2) |
| Defendants. |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On April 26, 2011, Michael E. Bland , a non-prisoner proceeding *pro se*, filed a Motion to Proceed *in forma pauperis* [Doc. No. 2] of case number 3:11-cv-00892-AJB-POR to this Court. Plaintiff submitted a declaration in support of a request to proceed *in forma pauperis* in accordance with 28 U.S.C. § 1915(a)(1) and Local Rule 3.2(a).

The Court finds that the Plaintiff's declaration of inability to pay costs or give security is insufficient to permit Plaintiff to proceed *in forma pauperis*. Permission to file a petition for writ of mandamus *in forma pauperis* will not be granted unless there is some merit in the petition. 28 U.S.C.A. § 1915. "To proceed *in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir.1965). One need not be absolutely destitute to obtain benefits of statute dealing with proceedings *in forma pauperis* in federal courts. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331 (1948). The motion, however, must state facts as to affiant's poverty with some particularity, definiteness and certainty. *Jefferson v. U.S.*, 277 F. 2d 723 (9th Cir. 1960).

1    The Plaintiff's motion to proceed *in forma pauperis* lacks merit because:

2    •   Plaintiff has noted receiving income from self-employment but has failed to describe the
3        amount received.
4    •   Plaintiff notes supporting spouse with $1,500 "for rent and food," but does not indicate
5        the source of such funding.
6    •   Plaintiff's debts of "IRS, taxes currently being filed" lack particularity, definiteness and
7        certainty.
8    •   Plaintiff has failed to note any housing, transportation, utilities, or loan payments, or other
9        regular monthly expenses.

10   It is under the Court's discretion to grant or deny permission to proceed *in forma pauperis* based
11   on the Plaintiff's claim. 28 U.S.C. § 1915(e)(2). Without further evidence, the Court lacks specific facts
12   to find that the Plaintiff is not able to pay the filing fee under 28 U.S.C. § 1914(a). It is advised that the
13   Plaintiff submit a current revision of the short form "Application To Proceed In District Court Without
14   Prepaying Fees or Costs" available on the United States Courts website.[1]

15   In light of this information, IT IS HEREBY ORDERED that the Plaintiff's Motion to Proceed *in*
16   *forma pauperis* is **DENIED** and the Complaint is **DISMISSED** without prejudice. Pursuant to this
17   Order, however, Plaintiff is granted 30 days leave to pay the $350 filing fee required to maintain this
18   action pursuant to 28 U.S.C. § 1914, or to submit additional documentation regarding the Plaintiff's
19   economic status. **IF PLAINTIFF CHOOSES TO FILE ADDITIONAL INFORMATION RE-**
20   **GARDING HIS POVERTY, HE MUST ATTACH A COPY OF THIS ORDER.**
21   **IT IS SO ORDERED.**

23   DATED: September 29, 2011

                                                    _____
                                                    Hon. Anthony J. Battaglia
                                                    U.S. District Judge

---

[1] http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO240.pdf